UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TRENTON D. HUDSON,

        Plaintiff,                Case no. 16-10032
                                                  Honorable John Corbett O'Meara

v.

COMMISSIONER OF
SOCIAL SECURITY,

        Defendant.
_____/

ORDER ADOPTING REPORT AND RECOMMENDATION

      The court, pursuant to Rule 72(b) of the Federal Rules of Civil Procedure, 28 U. S. C. 636(b)(1)(B), and LR 72.1(E.D. Mich. March 1, 2010), has reviewed Magistrate Judge Stephanie Dawkins Davis' February 22, 2017 report and recommendation. No objections have been filed by the parties. The court having reviewed the entire record;

      IT IS HEREBY ORDERED that the report and recommendation is ADOPTED as the court's findings and conclusions.

                                              s/John Corbett O'Meara
                                              United States District Judge

Date:  March 16, 2017

I hereby certify that a copy of the foregoing document was served upon counsel of record on this date, March 16, 2017, using the ECF system.

s/William Barkholz

Case Manager
